IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SHANTELL JOHNSON                                                                                              PLAINTIFF

v.                                                                        CIVIL ACTION NO.3:17-CV-1032-DPJ-FKB

HINDS COUNTY, MISSISSIPPI;
HINDS COUNTY SHERIFF'S OFFICE;
VICTOR MASON; PAM TURNER;
and JOHN DOES 1-10                                                                                         DEFENDANTS

## AGREED ORDER

The Complaint filed herein by Plaintiff against the Defendants, Hinds County, Mississippi, Hinds County Sheriff's Office, Hinds County Sheriff, Victor Mason, Pam Turner, and John Does 1-10, together with the civil actions stated therein and the demands made or which might have been made for relief therein by the Plaintiff, shall be, and the same hereby are, dismissed with full prejudice.  The terms and conditions of a confidential settlement by and between them have been satisfied and entry of the instant order has been requested.

**SO ORDERED AND ADJUDGED** this the 8th day of March, 2018.

                                                                    s/ *Daniel P. Jordan III*                              
                                                                    CHIEF UNITED STATES DISTRICT JUDGE